# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LETTIE MALONE ANDERSON  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CIVIL ACTION 10-00164-KD-B |
| ) | |
| JUDGE DON DAVIS, et al.,  ) | |
| ) | |
| Defendants  ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 10, 2010 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 14th day of July, 2010.

**/s/ Kristi K. DuBose**
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**